AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| MICKEY GENE WAMBLES | Case Number: 1:04cr136-WHA |
|  | USM Number: 17510-045 |
|  | Kevin L. Butler |
|  | Defendant's Attorney |

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) __1, 2 and 3 of the petition__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful use of controlled substance | 6/20/06 |
| 2 | Failure to report change of employment | 6/26/06 |
| 3 | Failure to report change of residence | 6/26/06 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.: | 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 | February 6, 2007 |
|---|---|---|
| Defendant's Date of Birth: | 00/00/1957 | Date of Imposition of Judgment |
|  |  | /s/ Harold Albritton |
|  |  | Signature of Judge |
| Defendant's Residence Address: |  |  |
|  | Jack, AL 36346 | W. Harold Albritton, Senior United States District Judge |
|  |  | Name and Title of Judge |
|  |  | 2/6/07 |
|  |  | Date |
| Defendant's Mailing Address: |  |  |
|  | same as above |  |

AO 245D     (Rev. 12/03 Judgment in a Criminal Case for Revocations
            Sheet 2— Imprisonment

| | |
|---|---|
| DEFENDANT: MICKEY GENE WAMBLES | Judgment — Page  2  of  2 |
| CASE NUMBER: 1:04cr136-WHA | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**11 months.**
It is ORDERED that the term of supervised released imposed on July 29, 2005, is REVOKED.
The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 11 months.

X   The court makes the following recommendations to the Bureau of Prisons:

The court recommends that the Defendant be designated to a facility where Drug Counseling is available.

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL